IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:22-cv-00215-BO

| | |
|---|---|
| SHERYL HUSSEIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court based on Plaintiff's Memorandum in Support of Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this _19_ day of May, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge

1