UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHERYL HUSSEIN, )
)
      Plaintiff, )
)
v. ) **JUDGMENT**
)
KILOLO KIJAKAZI, ) 5:22-CV-215-BO
Acting Commissioner of Social Security, )
)
      Defendant. )
)

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on May 20, 2023, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

May 20, 2023

          PETER A. MOORE, JR., CLERK

          /s/ Lindsay Stouch
          By: Deputy Clerk