UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHERYL HUSSEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LELAND C. DUDEK, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:22-CV-215-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $23,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiffs counsel pay Plaintiff the sum of $10,500.00, and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on March 14, 2025, and Copies To:**
Wanda D. Mason                                                           (via CM/ECF electronic notification)
Cassia W. Parson                                                          (via CM/ECF electronic notification)


DATE:                                                  PETER A. MOORE, JR., CLERK
March 14, 2025                                  (By) /s/ Nicole Sellers
                                                               Deputy Clerk